598 A.2d 877

JEANETTE DARMETKO v. ELECTRON TECHNOLOGY AND STATE OF NEW JERSEY.

July 30, 1991.

The Court having carefully reviewed the filings of all parties on the merits of the appeal, and good cause appearing;

It is ORDERED that the appeal is dismissed for failure to state a substantial constitutional issue within the meaning of the requirements of *Rule* 2:2–1(a)(1) and applicable caselaw. (See 243 *N.J.Super.* 536, 580 *A.*2d 1087 (1990).)

---

598 A.2d 877

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. ROBERT L. CURRIER A/K/A ROBERT STEPHENS, DEFENDANT–RESPONDENT.

September 6, 1991.

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court,

Petition for certification is granted, and the judgment of the Appellate Division is summarily modified to vacate that Court's imposition of a new sentence on defendant. The matter is remanded to the trial court for a resentencing of defendant to an extended term under *N.J.S.A.* 2C:44–3; provided however, that as noted in the decision of the Appellate Division, defendant's prior record shall not be "double counted" in arriving at an appropriate sentence.

Jurisdiction is not retained.